# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2014

## NO. 03-14-00101-CV

**The Texas Department of Public Safety, Appellant**

**v.**

**J. W. D., Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order granting expunction and renders judgment denying the petition to expunge records related to J.W.D.'s June 28, 2011 arrest. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.